IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ERIC W. MACK, | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:15cv110-MHT |
| | ) | (WO) |
| STATE OF ALABAMA and | ) | |
| LUTHER STRANGE, Attorney | ) | |
| General of the State of | ) | |
| Alabama, | ) | |
| | ) | |
|    Respondents. | ) | |

OPINION AND ORDER

Pursuant to 28 U.S.C.A. § 2254, petitioner, a state inmate, filed this lawsuit seeking habeas relief.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that this case be transferred under 28 U.S.C. § 1631 to the United States District Court for the Northern District of Alabama. No objections to the recommendation have been filed. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

Accordingly, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 4) is adopted.

(2) The petition for writ of habeas corpus (doc. no. 1) is transferred to the United States District Court for the Northern District of Alabama.

The clerk of the court is DIRECTED to take all actions necessary to effect the transfer.

This case is closed in this court.

DONE, this the 12th day of March, 2015.

    /s/ Myron H. Thompson\_\_\_\_
UNITED STATES DISTRICT JUDGE